FILED
September 18, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D17

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | |
|---|---|---|
| **Case Title :** | Andres C. Lopez and Thelma G. Lopez | **Case No :** 09-34414 - C - 7 |
| | | **Date :** 9/15/09 |
| | | **Time :** 9:30 |
| **Matter :** | [15] - Order to Show Cause - Failure to Attend 341 Meeting as Transmitted to BNC for Service. Hearing to be held on 9/15/2009 at 09:30 AM at Sacramento Courtroom 35, Department C. (msts) | |
| **Judge :** | David E. Russell | |
| **Courtroom Deputy :** | Teresa Jackson | |
| **Reporter :** | Diamond Reporters | |
| **Department :** | C | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

### CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the case is dismissed.

Dated: September 18, 2009

_____
United States Bankruptcy Judge